**FOURTH DIVISION**
**DOYLE, P. J.,**
**MCFADDEN and BOGGS, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**August 18, 2014**

# In the Court of Appeals of Georgia

A13A0625. AUSTIN v. CLARK et al.

MCFADDEN, Judge.

In *Austin v. Clark*, 294 Ga. 773 (755 SE2d 796) (2014), the Georgia Supreme Court reversed our decision in *Austin v. Clark*, 322 Ga. App. 368 (745 SE2d 293) (2013), which affirmed the trial court's order granting a motion to dismiss based upon official immunity of the individual defendants. Accordingly, the opinion of the Supreme Court is made the opinion of this court, and the order of the trial court granting the individual defendants' motion to dismiss based upon official immunity is hereby reversed.

*Judgment reversed. Doyle, P. J, and Boggs, J., concur.*